(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

(1) Famous B Rhoades  00379298
    (Name of Plaintiff)       (Inmate Number)

SCI PO box 500
Georgetown, DE 19947
    (Complete Address with zip code)

: : : :

0 6 - 5 0 2

(2,...
    (Name of Plaintiff)       (Inmate Number)

:     (Case Number)
: ( to be assigned by U.S. District Court)

    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

vs.

(1) Counselor Cindy atallian

(2) Counselor Tom Zande

(3) Counselor Todd Kramer

(4) Counselor Simms
    (Names of Defendants)
(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

: : : : : : : : :

## CIVIL COMPLAINT

• • Jury Trial Requested

FILED

AUG 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

## I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Rhoades v adams   05-CV-00630

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    •(Yes)•    •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    •(Yes)•    •No

C.    If your answer to "B" is Yes:

1. What steps did you take? Filed a grievance

2. What was the result? NON - grievable

D.    If your answer to "B" is No, explain why not: N/A

III.   **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Cindy atallian

Employed as Correction Counselor at D.CC. Smyrna DE, 19977

Mailing address with zip code: D.CC 1181 paddock rd Smyrna, DE 19977

(2) Name of second defendant: Tom Zanda

Employed as Correction Counselor at D.CC. Smyrna, DE 19977

Mailing address with zip code: D.CC 1181 Paddock rd Smyrna DE, 19977

(3) Name of third defendant: Todd Kramer

Employed as Correction Counselor at D.C.C Smyrna DE 19977

Mailing address with zip code: D.CC 1181 paddock rd Smyrna, DE 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

(4) Name of fourth defendant Counselor Simms

Employed as Correction Counselor at D.CC Smyrna DE, 19977

mailing address with zip code D.CC 1181 paddock rd Smyrna, DE 19977

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Plaintiff Claims all defendants did Knowingly willingly intentionally wanton gross negligence got me move back to a maximum high security to be cruel also to punish me again for the same incident that happend back in Jan 20, 2004 that violate D.C.C Standard operational procedures and policies as well as Plaintiffs 5th 8th 14th amendments Plaintiffs holding all defendants liable in their individual and counselor capacity

2. Plaintiff Claims on or about Sept 24, 2004 the plaintiff was illegally move back to a higher security for nothing at I never had done anything else It for the same incident thats in court right now.

3. Plaintiff Claims Counselor Cindy atallian negligent and incompetent and lacks the neccessary education and trainning to be a counselor at D.cc due to her Knowingly willingly Intentionally with Failing to Dueprocess Double Jeopady and cruel unusual punishment and with gross negliegence violate DC ck Standard Procedures and policies as well as plaintiffs 5th 8th 14th amendments rights.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff humbly prays this Honorable court to enter Judgement against the defendants due to the violation of D.CC.s Standard operational procedures and policies as wellas Plaintiffs 5th 8th and 14th amendment rights see attachments !

(4) Plaintiff Claims Cindy atallian did Knowingly willingly intentionally with wanton and gross Negligence violate D.cc's Standard operational procedures and policies as well as well as plaintiffs 5th 8th and 14th amendments rights when she illegally failed to Due Process without any Classification hearing as well She illegally had me move to building 21 which is now an maximum high Security You've are only out of your cell three hours out of a whole week

(5) Plaintiff Claims Counselor Cindy atallian Knowingly willingly intentionally and with wanton and gross Negligence illegally and got me move back to a maximum high security illegally without holding any Classification hearing to punish me again for the Same incident that violated D.cc's Standard operational procedures and policies as well as plaintiffs 5th 8th and 14th amendment amendment right

(6) plaintiff claims Counselor Cindy atallian Knowingly willingly intentionally and with wanton gross negligence by failing to hold any classification hearing as well She illegally had me move to build 21 which is now an maximum high security on this date Sept which violated D.cc's Standard operational procedures and policies ass well as Plaintiff's 5th 8th and 14th amendment rights.

(7) Plaintiff claims Counselor Cindy atallian may have or knows other personel employed at D.C.C. with criminal recordis and knows D.C.C. Counselors will protect her this violates DCC's Standard operational procedures and policies as well as plaintiffs 5th 8 th and 14 th amendment rights.

(8) plaintiff Claims Counselor Cindy atallian Knowingly willingly intentionally with wanton and gross negligence is using the top officials and counselors of D.cc's Negligence to further his Negligence because they are all Covering up for each other thereby violating D.cc's standard operational procedures and polices as well as plaintiff 5th 8 th and 14 th amendment rights.

(9) plaintiff Claim as of a direct result of Counselor Cindy atallian Knowingly willingly intentionally with wanton and gross negligence violate Dcc Standard operational procedure and policies as well as Plaintiffs 5th 8th and 14 th amendment rights plaintiff has suffered and continues to suffer due to violations and being illegally moved to building 21 for a year further illegally moved back maximum high security.

(10) Plaintiff's Claims Counselor Simms is Negligent and incompetent and lackS the Neccessary education and trainning to be Counselor at D.CC. due to his knowingly willingly intentionally with wanton and gross Neligence violate D.CC's standard operational procedures and policies as well as plaintiFF's 5th 8th and 14th amendment rights

(11) plaintiFF Claims oN or Sept 242004 Counselor Simms knowingly willingly intentionally with wanton and gross Negligence failed to hold Classification hearing due to the fact illegally move oN Sept 24, 2004 first this was a direct violation of D.C.C's Standard operational procedures and policies as well as plaintiFFs 5th 8th and 14th amendment rights

(12) plaintiFF Claims oN or about sept 24, 2004 Counselor Simms did knowingly willingly intentionally with wanton and gross Negligence allowed him to lie to me and illegally got me move back to a maximum Security he was Part of the illegal movement this violated D.C.C's Standard operational procedures and policies. as well as plaintiFFis 5th 8th and 14 th amendment rights

(13) Plaintiff claims Todd Kramer may have or knows other personel employed at D.C.C with criminal records and knows D.C.C officials and counselors will protect him this violates D.CC.s standard operational procedures and policies as well as plaintiff's 5th 8th and 14th amendment rights.

(14) Plaintiff claims Todd Kramer knowingly willingly intentionally with wanton and gross Neligence is using the top officials and counselors of D.CC's Negligence to further his Negligence because they are all covering up for each other thereby violating DCC standard operational procedures and policies as well as plaintiff's 5th 8th and 14th amendment rights.

(15) Plaintiff claims as of a direct result of Todd Kramer the counselor knowingly willingly intentionally with wanton and gross Negligence violate D.CC.S standard operational procedures and policies as well as plaintiff's 5th 8thand 14th amendment rights plaintiff has suffered and continues to suffer due to the violations and being illegally moved to maximum High security for a year further illegally moved to the MHU again.

(19) Plaintiff Claims Tom Zanda the Counselor may have or Knows other personel employed at D.CC with criminal records and knows D.CC Counselors will protect him this violates D.CC's standard operational procedures and policies as well as plaintiff's 8th 5th and 14th amendment rights.

(20) Plaintiff Claims Tom Zanda Knowingly willingly intentionally with wanton and gross Negliegerce is using the top officials and counselors of D.CC's Negligence to further his Negligence because they are all covering up for each other thereby violating D.CC's standard Operational procedures and policies as well as plaintiff's 5th 8th and 14th amendments rights

(21) plaintiff Claims as of a direct result of Tom Zanda acting as my counselor Knowingly willingly intentionally with wanton and gross negligence violate D.CC's Standard Operational procedures and policies as well as plaintiff's 5th 8th and 14th amendment rights plaintiff has suffered and continues to suffer due to the violations and being illegally moved to maximum High Security for a year further illegally moved back to the MHU

(22) Plaintiff Claim at all times relevant to this Complaint Counselor Todd Kramer was acting as my counselor and lacks the Neccessary education and trainning and is Negligent and incompetent to be a Counselor due to his Knowingly willingly intentionally with wanton and gross Negligence violate D.c.c's standard operational procedures and policies as well as plaintiffs 5th 8th and 14th amendment rights.

(23) plaintiff Claims Counselor Todd Kramer Knowingly willingly intentionally with wanton and gross negligence denied plaintiff the right to a Due process hearing the Counselor Cindy atallian failed to hold any before moving me to maximum high security first this was a direct violation of D.c.cs standard operational procedures and policies as well as plaintiffs 5th 8th and 14th amendment rights.

(24) Plaintiff Claims on or about April 25, 2005
Counselor Todd Kramer did knowingly willingly
intentionally with wanton and gross Negligence
show bias and prejudice and failed to move
me back to medium high where I was
suppose to be at He classified me months
later thereby violating D.C.C's Standard
Operational Procedures and policies as well as
Plaintiff's 5th 8th and 14th amendment rights.

(25) Plaintiff Claims on April 25, 2005 Counselor
Todd Kramer did knowingly intentionally
with wanton and gross Negligence failed
to classified me back to medium High
Security by Counselor Cindy atallian on

(26) Plaintiff Claims Counselor Todd Kramer has
a history of violating D.C.C's Standard
Operational Procedures and policies as well
as Plaintiff's 5th 8th and 14th amendment
rights.

# V Relief

WhereFore plaintiff Famous B Rhoades humbly pray's this honorable Court to enter declaratory judgements in the plaintiff's favor and against all of the defendants for violating his 5th 8th 14th amendment rights

further awarding punitive damages in the amount of 500 $ 000 ‰ five hundred thousands, dollars. or what the Court deems Just.

further awarding Compensatory damages in the amount of $ 500.000 ‰ five hundred thousand dollars or what the Court deems just

further awarding statutory damages as well as investigation and attorney fee's as the Court deems Just.

Famous Rhoades
Famous Rhoades
SCI
Po box 500
Georgetown, DE 19947

2. _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____27____ day of ____July_____, 2_006_.

____Tomous Rhoades_____
(Signature of Plaintiff  1)

_____
(Signature of Plaintiff  2)

_____
(Signature of Plaintiff  3)

4

Exhibit 27

**Delaware Correctional Center**

FROM: ~~Marilyn Carson Scott~~ Tom Zanda
Senior Correctional Counselor

TO: Famous Rhodes   DATE: 11/08/04

SUBJECT: Your next level review
will be in early December.
If you avoid write-ups, I
think you will get Level 4.

SIGNATURE: _____

---

OC - 502

FILED

AUG 14 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RG
Scanned

---

Exhibit 28

**Delaware Correctional Center**

FROM: ~~Marilyn Carson Scott~~ Tom Zanda
Senior Correctional Counselor

TO: Famous Rhodes   DATE: 10/26/04

SUBJECT: You were classified
to max because of the
fight you were in last
January. You have 12 points.
I will reclassify you in
December — maybe you
can move forward then.

SIGNATURE: _____

---

Exhibit 29

**Delaware Correctional Center**

FROM: ~~Marilyn Carson Scott~~ Tom Zanda
Senior Correctional Counselor

TO: Famous Rhodes   DATE: 01/13/05

SUBJECT: You will be classified
later this month.

Exhibit 4I4

emergency

FORM #584

GRIEVANCE FORM

12/30/04

FACILITY: DCC

DATE: 12-11-04

GRIEVANT'S NAME: FAMOUS Rhoades

SBI#: 00 379 298

CASE#: 9860

TIME OF INCIDENT: on going

HOUSING UNIT: max 21 cu 12

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the approx date 9-24-04 why did they reclassifield me from over the mhu med high Security with out even having a hearing first over to an maxium Security What's the reason after I already Served time over the Shu Still getting punish for nothing. They didn't give an Valid reason didn't give me an hearing nor opportunity to be heard.

ACTION REQUESTED BY GRIEVANT: To be move to the main compound opening population.

GRIEVANT'S SIGNATURE: Famous Rhoades   DATE: 12-11-04

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

DEC 1 3 2004

Inmate Grievance Office

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

____✓____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision __✓__ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____ .

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

____✓____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

DEC 1 3 2004

_____
Date

2102

Form#: 584 (F&B)
(Reverse Revised July '99)

Step 3                Exhibit 4B

emergency

**FORM  #584**

**GRIEVANCE FORM**

Inmate Copy

FACILITY: DCC                         DATE: 1-4-05

GRIEVANT'S NAME: FAMous Rhoades      SBI#: 00379298

CASE#: 11112                          TIME OF INCIDENT: on going

HOUSING UNIT: 21 max cu12

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the approx date 9-24-04 Why did they
reclassffield me from over the mhu
med high Securfty with out even having
a hearing first over to an maxpum
Security whats the reason after I
already served time over the shu still
getting punish for nothing. They didint
give an valid reason didnt give an
hearing nor opportunity to be heard

ACTION REQUESTED BY GRIEVANT: To be move to the main
Compound opening population.

GRIEVANT'S SIGNATURE: Famous Rhoades      DATE: 1-4-05

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

JAN 1 8 2005

Inmate Grievance Office

**April '97 REV**

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

✓ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision ✓ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____ .

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are **not** accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

Form#: 584 (F&B)
(Reverse Revised July '99)

RECEIVED

JAN 1 8 2005

Inmate Grievance Office
Date

Exhibit 33

Famous Rhodes /22 /CL2

Points Breakdown

Last classification ___4/04___

○ Severity of offense

○ Bail/Open charges

○ Escapes

3 Age

○ Severity of criminal history 5 years prior to this incarceration

○ Points for number of majors since last classification

7 Misconduct History

○ Programming/Work

TOTAL: 10

NEXT REVIEW: 11/04

Classified to
Med / High

(Recent assault 01/04
noted)

Cindy Atwell
6/8/04

*Exhibit 22*

To:
Rhodes, Famous
19 BU11

From: James Simms
SHU Counselor

Date: March 1, 2004

---

I sent you this letter to inform you that I am now your primary DOC Counselor. I will be monitoring residents in SHU Building 17 and Building 19A&B. You may already know this, but I want to make sure all residents assigned to my case roster get the word. Also, if you have been in the SHU for a while (since before the end of July 2003), you may recall that I *was* a mental health counselor in the SHU. Please understand, in my present position, I do not provide mental health services that are the responsibility of the medical agency. So, I will refer you to the mental health staff to address your concerns, if appropriate.

Whether you've been in the SHU for some time or just arrived here; I will be reviewing your case and meeting with you, as soon as possible. Since everyone's case is different, I will consult with your previous counselor, perhaps before I talk to you, if I think that would be helpful.

Thank you for your patience.


Cc:    File

March 4, 2005

To:         Famous Rhodes
            MHU 21 CU12

From:       Todd Kramer
            MHU 21 and 23 Counselor

Subject:    Letter Received through in-house mail

---

I have received your letter through in-house mail recently.  You were sent to maximum security because you were considered a security risk to staff and others due to the incident where you assaulted staff in January 2004.  Your next classification is in April 2005.

Thank you for your patience.

Cc:     Treatment File

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:      Inmate Rhoades, Famous SBI# 379298 , Housing Unit Max 2/
VIA:     Counselor Simms
FROM:    I.B.C.C.    9/24/04
DATE:
RE:      Classification Results

Your M.D.T. has recommended you for the following: Max | SHU  SHU Programs
_____
_____

The I.B.C.C.'s decision is to:

_____ Approve _____ all

_____ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

## BECAUSE:

_____ Lack of program participation        _____ Time remaining on sentence
_____ Pending disciplinary action          _____ Prior failure under supervision
_____ Gradual phasing indicated            _____ Poor institutional adjustment
_____ Open charges                         _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____
_____
_____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good
order of the Institution.  Explanation: _____

OTHER:  Rev 12/04 _____
_____

## ADDITIONAL COMMENTS:

_____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____
_____
_____

Copy to:  Classification
          Inmate                                    Form #456 (3 Part NCR)
          Institution File                          Revised 11/97

Appendix E

## DELAWARE CORRECTIONAL CENTER —- MEMORANDUM

TO:     Inmate _Rhodes, Famous_, SBI# _379298_, Housing Unit _21_
VIA:    Counselor _Zanda_
FROM:   I.B.C.C.
DATE:   _2/7/05_
RE:     Classification Results

Your M.D.T. has recommended you for the following:
_____ _Cont. Max , Max Programs_
_____

The I.B.C.C.'s decision is to:

___✓___ Approve _____

_____ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

**BECAUSE:**

_____ Lack of program participation          _____ Time remaining on sentence
_____ Pending disciplinary action            _____ Prior failure under supervision
_____ Gradual phasing indicated              _____ Poor institutional adjustment
_____ Open charges                           _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____
_____
_____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good
order of the Institution. Explanation: _____
_____

**OTHER:** _____ _Rev-04/05_ _____
_____

**ADDITIONAL COMMENTS:**

_____ Develop/continue treatment plan with counselor

You will be expected to address the following:_____
_____
_____

Copy to: Classification
         Inmate                                    Form #456 (3 Part NCR)
         Institution File                          Revised 11/97

Appendix E

## DELAWARE CORRECTIONAL CENTER —— MEMORANDUM

TO:      Inmate Terrus Rhodes, SBI# 379298, Housing Unit 2/ CU12
VIA:     Counselor _Kramer_
FROM:    I.B.C.C.
DATE:    _/10/05_
RE:      Classification Results

Your M.D.T. has recommended you for the following: _Med HC, MH_

_____

_____

The I.B.C.C.'s decision is to:

X̶    Approve _____

_____    Not Approve _____

_____    Defer _____

_____    Recommend _____

_____    Not Recommend _____

**BECAUSE:**

_____   Lack of program participation          _____   Time remaining on sentence
_____   Pending disciplinary action            _____   Prior failure under supervision
_____   Gradual phasing indicated              _____   Poor institutional adjustment
_____   Open charges                           _____   Serious nature of offense
_____   Prior criminal history
_____   Failure to follow your treatment plan in that you _____

_____

_____   You present a current and continuous danger to the safety of staff, other inmates, or the good
        order of the Institution.  Explanation: _____

_____

**OTHER:** _Review: 10/05_

_____

**ADDITIONAL COMMENTS:**

☑ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

_____

_____

Copy to:  Classification
          Inmate                                    Form #456 (3 Part NCR)
          Institution File                          Revised 11/97



# Office of Treatment Services
## Maximum Housing Unit - Medium High Unit
### Delaware Correctional Center
### Smyrna, Delaware 19977

To:    Famous Rhoades
       MHU 21 CU12

From:  Todd Kramer
       MHU 21/23 Counselor

Date:  April 25, 2005

---

I have received your letter through in-house mail. You are scheduled for classification this month. The MDT will see you as soon as we are able to schedule a date and a time. I do not know what you are referring to in regards to discrimination against you. That is not the case at all.

Thank you for your patience.

Cc:    File



# Office of Treatment Services
## Maximum Housing Unit - Medium High Unit
### Delaware Correctional Center
### Smyrna, Delaware 19977

To:    Famous Rhoades
       MHU 21 CU12

From:  Todd Kramer
       MHU 21/23 Counselor

Date:  May 28, 2005

I have received your letter that you sent through in-house mail to Mrs. Jackson. She gave me the letter and asked me to respond to you. You were approved for Medium High security on 5/10/05. Your next classification review is in October 2005. I am not sure what you were asking Mrs. Jackson for in your letter.

Thank you for your patience.

Cc:    File



# Office of Treatment Services
## Maximum Housing Unit - Medium High Unit
### Delaware Correctional Center
### Smyrna, Delaware 19977

To:    Famous Rhoades 379298
       MHU 21 CU12

From:  Todd Kramer
       MHU 21 Counselor

Date:  June 6, 2005

I have received your letter through in-house mail.  Movement from building 21 takes a little while unfortunately.  There are no beds in MHU 22 or 23 to accommodate everyone on the waiting list.  There are currently nearly 60 people waiting for a bed.  Some have been waiting since March for a bed.  As beds become available, they are filled with people on the waiting list.  I have nothing to do with the waiting list at all.  The Transfer Office handles all transfers.

Thank you for your patience.

Cc:    File

# Security Housing Unit

# Orientation Information

**SHU Counselors Office**
**Delaware Correctional Center**

**August 27, 2002**

FORM# 952

# *Table of Contents*

Table of Contents........................................................   Page 2
Welcome...................................................................   Page 3
Why am I here? ........................................................   Page 3
How long will you be here? .......................................   Page 4
What is the Quality of life Program? ..........................   Page 4
What are program assignments? ..............................   Page 4
Recreation and Showers ...........................................   Page 5
Phone Calls ..............................................................   Page 5
Conduct ...................................................................   Page 5
Property...................................................................   Page 6
Medical.....................................................................   Page 6
Law Library...............................................................   Page 6
Inmate Accounts.......................................................   Page 6
Mental Health............................................................   Page 6
Clothing Requests......................................................   Page 6
Legal Calls.................................................................   Page 7
Religious Services.......................................................   Page 7
Records Information....................................................   Page 7

FORM # 952

### *Welcome to SHU*

You are now housed in the Security Housing Unit, otherwise known as SHU. The SHU is contained within the Maximum Security Complex of Delaware Correctional Center. There are many rules and regulations that you must follow while you are housed here in SHU. This informational handout will explain most of the processes and programs available in SHU. Refer to your copy of the SHU Housing Rules to see what the rules and regulations are in SHU. If you have any questions about the rules, speak to the officer in charge in your unit, or ask your counselor.

### *Why am I here?*

There are several ways to end up in the SHU:
- You may have been classified by another institution to Maximum Security/DCC.
- You may have been "Administratively transferred" to the SHU. This usually occurs if you were involved in some type of incident in another building. The shift commander or a higher authority may have felt that you need to be held at a higher security. If this is why you are here, a classification hearing will follow to determine the appropriate security level.
- If you came here from the MHU (Maximum Housing Unit), it may be due to a downgrade in your QOL (Quality of Life) level. If not, it might have been an incident driven transfer. If you were recently classified or re-classified, the MDT might have recommended MHU but the IBCC approved you for the SHU. This doesn't mean you did something wrong in the MHU, it just means you were only being held there pending classification approval.

### *How long will I be here?*

The length of your stay in the SHU is dependant on several factors. The following factors will be considered when determining how long you will be in the SHU:

- **What brought you to the SHU?**  For example, if you are here for assaulting an officer, then you will probably stay longer than if you were here for excessive write-ups.
- **Your behavior while here.**  Your stay in the SHU will be longer if you're getting write-ups for disciplinary violations.
- **Treatment programming.**  Your counselor will monitor your program work.
- **Interaction with staff**.  Security staff (c/o's) will be submitting reports of their observation of your behavior. These Staff Observation Reports (SOR's) will be forwarded to your counselor for review.

### *What is the Quality of Life Program?*

The QOL program has a total of four levels (1-4).  Levels 1-4 are in the SHU.  The same factors that determine the duration of your stay in the SHU will also determine what QOL level you will have.

Each level has a certain amount of privileges.  A "privilege form" is included in this packet.  As your level goes up, so do your privileges.  When you reach level 4, you will be transferred to a particular tier in the SHU.  This should be one of your goals. As a Level 4, you will have more privileges and opportunities than others here in the SHU.   After successful completion of QOL Level 4, your next step should be the MHU (Medium High Unit).  If your goal is to progress out of the SHU, then here is some advice.  Follow your treatment plan, stay out of trouble (don't get any write-ups), and maintain positive interaction with your counselor and security.  If you fall short in any of these areas, you'll be decreasing your chances of being classified to Medium High or Medium Security.

Your QOL status will be reviewed approximately every 90 days.  A QOL Committee will review your case and determine if your QOL level should go up, remain the same, or go down.  You can only go up one level at a time.  You can go down as many levels as necessary.

### *What are program assignments?*

Your counselor will give you a treatment plan, which will include written assignments.  You will be expected to program as long as you are in the SHU.

Your counselor will give you a new treatment plan after each QOL review or when appropriate.

Most of the program assignments require watching videos on a television. They will be played on channel 4. You will be given a video schedule to show when the videos are played. You watch the video then follow the directions on the handouts. Journaling assignments do not require videos. Complete the assignments to the best of your ability. You will not lose points for spelling/grammar errors. If your QOL level is a one (1), you will not have a TV in your cell. You must reach a level two (2) before being assigned a TV.

### When do I get Recreation and Showers?

You are given one hour three times per week to go into the recreation yard and to take a shower. You are required to take a shower during your scheduled recreation time. Failure to do so will result in a write-up. There is a schedule in each control room detailing when you will receive your recreation.

### When do I make phone calls?

There is a schedule that the 4 x 12 shift uses to ensure that inmates will have the opportunity to make their allotted phone calls each month. Ask an officer on that shift when you will be able to make your call. The schedule is based on cell locations. You must fill out a telephone pin sheet in order to put phone #'s in the system for you to call. You can obtain a "pin sheet" from a c/o but you must turn them in to your counselor. You can submit one pin sheet a month. They are turned in on the 5th of every month. Write to your counselor if you have one to turn in. Don't wait until the last minute.

### Conduct.

It is expected that you will respect yourself and others while in the SHU. The security staff will compile observation reports each month about each inmate's attitude and overall behavior. When the counselor or other staff are on the tier speaking to other inmates do not yell for them to come see you. If you need to see them, write them a letter and address your problem to them in the letter and they will get back to you when they are able to get back to you. Please do not yell out to other inmates while the counselor is having a conversation with other inmates. Also, it is important to be appropriately dressed when staff is on the tier seeing inmates. If you do not dress

appropriately when staff comes to see you, you are subject to receiving a write-up.

### What about my property?

When you arrive in SHU, your property will be taken to the property room to be inventoried and sorted. You will then receive your allowable items. You will be asked to tell the property officer what you want done with your non-allowables. If you have any questions about this process write to the Main Property Office. Remember that it will take a while for your property to catch up with you.

### What do I do if I have a Medical Concern?

If you have medical concerns, you must fill out a sick call slip. You must fill out the form completely and in as much detail as you can provide. Don't just write, "I want to see the doctor", this will not get you in to see the doctor. Describe the problem you are having and why you need to see the doctor. If you have concerns about medical, write to the Main Infirmary, attention Medical Administrator.

### Will I be able to go to the Law Library?

Requests for the Law Library are to be submitted on a Law Library Request form. (Available from the C/O in your unit) You will not go out to the law library. You may request copies and other information from the SHU Law Library. See your housing rules for more information.

### Who do I ask about my money?

If you have any questions about your inmate account you need to write to the Business Office, attention Inmate Accounts.

### Are there Mental Health Counselors over here?

There is a Mental Health Counselor in the SHU. If you feel that you need to talk to them, fill out a sick call slip. If it is an emergency, let an officer know what is going on.

### Who do I talk to about clothing?

The Lieutenant on the 4 x 12 shift handles all requests for clothing. Write him a letter and request the items you need from him. You must not exceed you allowable limit though.

FORM # 952

### Who handles Legal Call requests?

The Lieutenant on 8 x 4 shift handles the Legal Call Requests.  Submit your request on the Legal Call Request form to the 8 x 4 Lieutenant.  He will call the attorney to verify the request and schedule a time suitable to the attorney and security staff.

### Are there Religious Services in SHU?

There are three chapel services in SHU.  All chapel services are on video.  You can watch them on channel 4 on your Television.  The Jumu'ah Services are on Fridays at 1:00 p.m., the Catholic Service tape is played on Saturday at 1:00 p.m., and the Protestant tape is played on Sunday at 1:00 p.m.

### Who do I talk to about my Release Date or Goodtime?

You should write to the records department if you have a question about your sentencing, Short Time Release date, or Goodtime that you have earned.  Your counselor may be able to help you with some of this also.


**Good Luck!!**
**SHU Counselors**


7

QUALITY OF LIFE LEVEL

PRIVILEGES

| QUALITY OF LIFE LEVELS | COMMISSARY | VISITS | TELEPHONE CALLS | SHOWERS | HONOR VISITS |
|---|---|---|---|---|---|
| QOL LEVEL ONE | $5 | (1) 45 MINUTE - MONTHLY | (1) 10 MINUTE - MONTHLY | 3 TIMES WEEKLY | NONE |
| QOL LEVEL TWO | $10 | (1) 45 MINUTE - MONTHLY | (2) 10 MINUTE - MONTHLY | 3 TIMES WEEKLY | NONE |
| QOL LEVEL THREE | $15 | (2) 45 MINUTE - MONTHLY | (3) 10 MINUTE - MONTHLY | 3 TIMES WEEKLY | NONE |
| QOL LEVEL FOUR | $20 | (2) 45 MINUTE - MONTHLY | (3) 10 MINUTE - MONTHLY | 3 TIMES WEEKLY | NONE |

3d Exhibit 

# VIDEO SCHEDULE

The following is the new video schedule for SHU.  Disregard all previous schedules.


### Wednesday

| | |
|---|---|
| Heroin-Denial in Death | 9:00a.m. to 9:30a.m. |
| The Truth about Alcohol | 9:30a.m. to 10:00a.m. |
| Set up for Relapse | 10:00a.m. to 10:30a.m. |
| Constructive Communications | 10:30a.m. to 11:00a.m. |


### Friday

| | |
|---|---|
| Conflict Resolution | 9:00a.m. to 9:30 a.m. |
| Violence reduction | 9:30a.m. to 10:00 a.m. |
| Values | 10:00a.m. to 10:30a.m. |
| Decision Making | 10:30a.m. to 11:00a.m. |


### Friday

| | |
|---|---|
| Jumu'ah Service | 1:00p.m. to 2:30p.m. |


### Saturday

| | |
|---|---|
| Catholic Mass | 1:00 p.m. to 3:00 p.m. |


### Sunday

| | |
|---|---|
| Protestant Church Service | 1:00p.m. to 2:20p.m. |


Watch the videos that correspond with your treatment plan.  When you are done your work, write to your counselor to have it picked up.  Thank you.

Exhibit 24

Inmate Name _Rhodes, Famous_    SBI# _379298_
                  **(Print)**

    I acknowledge with my signature below that I will take responsibility for a television when one is assigned to my cell.  Any damage or alteration to the television or television cable will be cause for the removal of the television and appropriate disciplinary action taken.  If damage occurs on my behalf, my inmate account will be charged for the cost of repairing or replacing the television or television cable.  I also understand that the purpose of having a television in my cell is for appropriate programming relative to behavior modification.  I further understand that failure to participate in treatment programming, or refusing to sign my individualized treatment plan, will result in the removal of the television from my cell.

Inmate Signature_____ Date_____

Staff Witness Signature_____ Date_____