## INMATE ACCOUNT STATEMENT

TO: Inmate Name: _Rhoades_   _famous_   _B_
              (Last)        (First)    (M.I.)

SBI Number: _00 319298_

Housing Unit: _Key South – A quad_

FR: Inmate Account Technician

DA:

RE: Summary Of Account

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Attached is your account statement for the ~~six month~~ _1 week_ period of _06-22_, _2006_ through _06-30_, _2006_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _0_.

Attachment

_Phyllis Redden_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

FILED
AUG 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**REQUEST FORM**
**FOR**
**INMATE ACCOUNT ACTIVITY STATEMENT**

Inmate Name: Rhoades   Famous   B   SBI Number: 00359398
(Last)        (First)   (M.I.)

Housing Unit: Key south - A quad

································································

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Famous Rhoades_
Inmate Signature

_Judith Ann Lederman_
Notary

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

RECEIVED
SCI Business Office
JUL 2 1 2006

Date received by business office: _____

Printed: 7/21/2006

*Average Daily Balance For Pauper Filing*

Page 1 of 1

*For Days the Individual was in Residence at SCI from 6/22/2006 through 6/30/2006*

SBI: *00379298*   NAME:   RHODES, FAMOUS

| Date | Balance |
|---|---|
| 06/22/2006 | $0.00 |
| 06/23/2006 | $0.00 |
| 06/24/2006 | $0.00 |
| 06/25/2006 | $0.00 |
| 06/26/2006 | $0.00 |
| 06/27/2006 | $0.00 |
| 06/28/2006 | $0.00 |
| 06/29/2006 | $0.00 |
| 06/30/2006 | $0.00 |

Summary for 'SBI' = 00379298 (9 detail records)

**Average Daily Balance:**   **$0.00**

# Prior Month -- Individual Statement

Date Printed: 7/21/2006                                                                 Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00379298 | RHODES | FAMOUS | | | | |
| Current Location: | KEY A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 6/22/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |