Date 8-9-06
Dear Clerk office                 06-.502

I'm truly sorry about not getting extra copies for the defendants that I name on the civil suit case It's not my fault it because of Sussex correctional institution in Georgetown their law library Charges me 50 Cent for each copy and who ever I've spoken to that works in there told me that You've must have money on the books before they make any Copies Some of those copies I'm send to You I'll already had them at Department correctional center made them for me no charge in Smyrna did Yall ever receieve my motion to discover rule 16 with the note that I been transferred to Georgetown prison Could You've please make Copies for each defendants and me to also with a dockett sheet It will be mostly greatly appreciated thinK You very much for every thing these people at this institution Just refuse to comply to help me on out can't blame me for any of this also I'm trying to get my mail their got my name spelled wrong in the computer

06-502



FILED
AUG 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sussex Correctional Institution
From: Famous Rhoades
medium buiding
PO box 500
Georgetown, DE 19947

I/M: Famous Rhodes BLDG. Medium
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

clerk office

United States district Court

844 N. King Street Lock box 18

Wilmington DE, 19801 - 3570

U.S.M.S.
X-RAY



PRIORITY MAIL
UNITED STATES POSTAL SERVICE ™
www.usps.gov

LABEL 107R, OCT 1997