IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAMOUS B. RHOADES, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-502-KAJ ) |
| COUNSELOR CINDY ATALLIAN, et al., | ) ) ) |
|     Defendants. | ) ) |

**ORDER**

WHEREAS, Famous B. Rhoades ("Rhoades") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 12, 2006, the court entered an order granting leave to proceed *in forma pauperis* and requiring Rhoades to complete and return an authorization form within thirty (30) days from the date the order was sent or the case would be dismissed (D.I. 7);

WHEREAS, to date, the authorization form has not been received from Rhoades;

THEREFORE, at Wilmington this __18th__ day of October, 2006, IT IS HEREBY ORDERED that Famous B. Rhoades' complaint is DISMISSED WITHOUT PREJUDICE.

                                                                   UNITED STATES DISTRICT JUDGE